UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRENNAN LANDY, *individually and on behalf of other similarly situated*, | : | |
| | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 21-20241 |
| v. | : | |
| VISION SOLAR, LLC d/b/a/ SOLAR EXCHANGE, | : | |
| | : | |
| Defendants. | : | ORDER |
| | : | |

This matter having come before the Court on Defendant's Motion to Dismiss, filed pursuant to Fed. R. Civ. P. 12 (b)(6); and the Court having considered the written submissions of the parties, and for the reasons set forth in the Court's Opinion of even date,

IT IS on this 17th day of July, 2023 hereby

ORDERED that Defendant's Motion to Dismiss [Dkt. 10] is granted and this matter is dismissed with prejudice.

s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez, USDJ